IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodriguez, Everardo

Printed: 11/20/07

Case Number: 07 B 11491
Judge: Wedoff, Eugene R
Filed: 6/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 23, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,850.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 3,850.00 |
| Totals: | 3,850.00 | 3,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mortgage Electronic Registration Sys | Secured | 134,249.58 | 0.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 10,518.66 | 0.00 |
| 3. | Crescent Recovery | Unsecured | 99.59 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 432.63 | 0.00 |
| 5. | Nicor Gas | Unsecured |  | No Claim Filed |
| 6. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 7. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 8. | Merchants & Professional | Unsecured |  | No Claim Filed |
| 9. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 145,300.46 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate       Total Fees
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_